IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BOBBY DEWAYNE JOHNSON,**

    **Petitioner,**

    v.

**UNITED STATES OF AMERICA,**

    **Respondent.**                                        **CIVIL NO. 04-CV-796-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge**

    Before the Court is the motion of the United States seeking an additional period of time within which to Respond to Petitioner-Defendant's Motion Made Pursuant to Title 28, United States Code, Section 2255. (Doc. 8.) On consideration and for good cause shown, said motion is hereby **GRANTED**. The United States up and until February 6, 2006, in which to file its response to Defendant's petition.

    **IT IS SO ORDERED.**

    **Signed this 4th day of January, 2006.**

                                              <u>/s/         David RHerndon</u>
                                              **United States District Judge**