# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BOBBY DEWAYNE JOHNSON,**

    **Petitioner,**

    vs-                      No. 04-CV-796 DRH

**UNITED STATES OF AMERICA**,

    **Respondent.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court for a ruling on a Motion to Vacate, Set Aside or Correct Sentence pursuant to **28 U.S.C. § 2255.**

**IT IS ORDERED AND ADJUDGED** that the motion is DENIED and this case is **DISMISSED with prejudice**.--------------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

April 17, 2007                      BY:   s/Patricia Brown
                                                    Deputy Clerk

APPROVED: /s/   David   RHerndon
                **U.S. DISTRICT JUDGE**